622

No. 202. SINGER SEWING MACHINE CO. v. AMERICAN SAFETY TABLE CO. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert C. Watson* for petitioner. *Messrs. Thomas G. Haight* and *Samuel E. Darby, Jr.* for respondent.

No. 205. BACHE ET AL. v. LOUISIANA OIL RFG. CORP. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. H. Struve Hensel* and *Sidney L. Herold* for petitioners. *Messrs. Robert Roberts, Jr., Elias Goldstein,* and *Henry C. Walker, Jr.* for respondents.

No. 209. KILGALLON ET AL. v. COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. James J. Kilgallon* and *John M. Treveiler* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, John J. Pringle, Jr.,* and *Charles A. Horsky* for respondent.

No. 211. EVANS ET AL. v. TEXTILE DYEING & PRINTING CO. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight* and *E. W. Marshall* for petitioners. *Mr. Ralph E. Slayton* for respondent.

No. 215. DRAINAGE DISTRICT No. 1 OF RICHARDSON COUNTY ET AL. v. MOONEY. October 10, 1938. Petition